United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIGUEL ANGEL MARBAN ROMERO, *Plaintiff*, | § § § § |
| v. | § Civil Action No. 4:25-CV-3829 § |
| JOSEPH B. EDLOW, *Defendant*. | § § § § |

## ORDER

On December 24, 2025, Magistrate Judge Peter Bray recommended that the court dismiss Plaintiff's case with prejudice for failure to prosecute. Doc. #9. The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed. The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion. This case is **DISMISSED WITH PREJUDICE**.

A separate final judgment will be entered.

JAN 1 6 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge